# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| ALGERNOD LANIER WASHINGTON, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> GLORIA HALLELUJAH WOODS, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-09595-AH-PD <br><br> **[PROPOSED] ORDER RE: STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT AND SETTING RESPONSE DEADLINES** <br><br> Complaint Filed: November 6, 2024 |
|---|---|

Before the Court is plaintiffs Algernod Lanier Washington, Ronnel Levatte, World Music Group International, LLC, Brandon Crear, and Alexander Martin ("Plaintiffs"), and defendants Gloria Hallelujah Woods, Collipark Music, Inc., and UMG Recordings, Inc., (sometimes doing business as, and on behalf of, Interscope Records, a division of UMG Recordings, Inc.) ("UMG") (together, "Pryor Cashman-Represented Defendants" and collectively with Plaintiffs, the "Parties"), stipulation for filing of Plaintiffs' First Amended Complaint and setting response deadlines for the Pryor Cashman-Represented Defendants.

Having considered the Parties' Stipulation and for good cause showing, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs hereby dismiss all incorrectly named defendants, including UMGI, IRI, and CMGLLC;

2. Pursuant to Rule 15(a), Plaintiffs shall file their First Amended Complaint ("FAC") naming the proper entity-defendants by December 30, 2024;

3. Following service of the FAC, the Pryor Cashman-Represented Defendants shall answer or otherwise respond to the FAC by the later of 30 days or January 31, 2025;

4. No Pryor Cashman-Represented Defendant need respond to the original Complaint as such Complaint will be amended.

**IT IS SO ORDERED**

Dated:_____          _____

                                                                                      Honorable Anne Hwang
                                                                                      United States District Judge