Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
Shamar Toms-Anthony (323246)
*stoms-anthony@pryorcashman.com*
1901 Avenue of the Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 683-6900

*Attorneys for Defendants Gloria Hallelujah Woods, Collipark Music, Inc., UMG Recordings, Inc., CMG Enterprises II Inc., and Foundation Entertainment, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALGERNOD LANIER WASHINGTON, *et al.*,<br><br>            Plaintiffs,<br>    v.<br><br>GLORIA HALLELUJAH WOODS, *et al.*,<br><br>            Defendants. | Case No. 2:24-cv-09595-AH-PD<br><br>**STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT AND SETTING RESPONSE DEADLINES**<br><br>Complaint Filed: November 6, 2024<br>FAC Filed: December 30, 2024 |

# STIPULATION

Plaintiffs Algernod Lanier Washington, Ronnel Levatte, World Music Group International, LLC, Brandon Crear, and Alexander Martin ("Plaintiffs"), on the one hand, and defendants Gloria Hallelujah Woods, UMG Recordings, Inc., CMG Enterprises II Inc., Foundation Entertainment, LLC, and Collipark Music, Inc. (together, the "Pryor Cashman-Represented Defendants" and collectively with Plaintiffs, the "Parties"), on the other hand, by and through their respective counsel of record submit the following stipulation:

WHEREAS, on November 6, 2024, Plaintiffs filed their initial complaint (the "Complaint");

WHEREAS, in the Complaint, Plaintiffs inadvertently and incorrectly named certain entities, including Universal Music Group, Inc., a Delaware corporation ("UMGI"), "Interscope Records, Inc., a division of Universal Music Group, Inc., a Delaware corporation" ("IRI"), and Collective Music Group, LLC, a Tennessee limited liability corporation ("CMGLLC"), as defendants in this action;

WHEREAS, the parties stipulated to, and the Court granted, Plaintiffs leave to file a First Amended Complaint ("FAC") by December 30, 2024, and gave the Pryor Cashman-Represented Defendants until January 31, 2025 to respond;

WHEREAS, on December 30, 2024, Plaintiffs filed their FAC;

WHEREAS, on January 22, 2025, counsel for the Pryor Cashman-Represented Defendants and Plaintiffs met and conferred pursuant to Local Rule 7-3 and this Court's Standing Order via teleconference to discuss the Pryor Cashman-Represented Defendants' contemplated motion to dismiss the FAC under Federal Rules of Civil Procedure 8, 12(b)(6) and 12(e);

WHEREAS, during the meet and confer, Plaintiffs stated that they believe that they can remedy by a pleading amending some or all of the deficiencies outlined by the Pryor Cashman-Represented Defendants during that meet and confer; and

WHEREAS, the Pryor-Cashman Represented Defendants consent to Plaintiffs filing a Second Amended Complaint (an "SAC") in an effort to remedy any deficiencies that Plaintiffs can remedy by another pleading amendment;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES,

1. Pursuant to Rule 15(a), Plaintiffs shall file their SAC by February 19, 2025;

2. Following service of the SAC, the Pryor Cashman-Represented Defendants shall answer or otherwise respond to the SAC by the later of (a) 30 days from such service and (b) March 3, 2025;

3. No Pryor Cashman-Represented Defendant need respond to the FAC as the FAC will be amended.

Respectfully Submitted,

Dated: January 29, 2025        By:    */s/ Benjamin S. Akley*

**PRYOR CASHMAN LLP**
Benjamin S. Akley
Shamar Toms-Anthony
*Attorneys for Defendants Gloria Hallelujah Woods, Collipark Music, Inc., UMG Recordings, Inc., CMG Enterprises II Inc., and Foundation Entertainment, LLC*

By: */s/ Angel Ransby*
**WALTER MOSELY**
Walter Mosley, Esq.
Angel Ransby, Esq.
Laura Najera
*Attorneys for Plaintiffs*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.