1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALGERNOD LANIER WASHINGTON, *et al.*,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>GLORIA HALLELUJAH WOODS, *et al.*,<br><br>　　　　Defendants. | Case No. 2:24-cv-09595-AH-PDx<br><br>**ORDER RE: STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT AND SETTING RESPONSE DEADLINES   [35]**<br><br>Complaint Filed:  November 6, 2024<br>FAC Filed: December 30, 2024 |

] ORDER RE: STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT AND SETTING RESPONSE DEADLINES

Before the Court is plaintiffs Algernod Lanier Washington, Ronnel Levatte, World Music Group International, LLC, Brandon Crear, and Alexander Martin ("Plaintiffs"), and defendants Gloria Hallelujah Woods, UMG Recordings, Inc., CMG Enterprises II Inc., Foundation Entertainment, LLC, and Collipark Music, Inc. (together, the "Pryor Cashman-Represented Defendants" and collectively with Plaintiffs, the "Parties") stipulation for filing of Plaintiffs' Second Amended Complaint and setting response deadlines for the Pryor Cashman-Represented Defendants.

Having considered the Parties' Stipulation and for good cause showing, **IT IS HEREBY ORDERED THAT:**

1. Pursuant to Rule 15(a), Plaintiffs shall file a Second Amended Complaint ("SAC") by February 19, 2025;

2. Following service of the SAC, the Pryor Cashman-Represented Defendants shall answer or otherwise respond to the SAC by the later of (a) 30 days from such service and (b) March 3, 2025;

3. No Pryor Cashman-Represented Defendant need respond to the First Amended Complaint ("FAC") as the FAC will be amended.

**IT IS SO ORDERED**

Dated: __JANUARY 30, 2025

_____
Honorable Anne Hwang
United States District Judge