Walter Mosley, Esq. (SBN 244169)
wm@waltermosleyesq.com
Mosley and Associates
601 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALGERNOD LANIER WASHINGTON, an individual., et al | CASE NUMBER |
| | 2:24-cv-09595-AH-PD |
| Plaintiff(s), | |
| v. | |
| GLORIA HALLELUJAH WOODS, an individual., et al | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

- ☑ This action is dismissed by the Plaintiff(s) in its entirety.

- ☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- ☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ **ONLY** Defendant(s) _____
  is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

03/13/2025
_____            *Walter Mosley*
         *Date*                      _____
                                      *Signature of Attorney/Party*

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

| | |
|---|---|
| 1 | Walter Mosley, Esq. (SBN 44119) <br> wm@waltermosleyesq.com <br> MOSLEY AND ASSOCIATES <br> 801 S. Figueroa Street, Suite 4400 <br> Los Angeles, California 90017 <br> Telephone: (213) 438-0100 <br> Facsimile: (323) 315-4 <br><br> Attorneys for Plaintiffs <br> ALVERNOD LANIER WASHINGTON., et al. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLIP N SLIDE RECORDS, INC., a Florida corporation; ALVERNOD LANIER WASHINGTON, an individual; RONNEL LEVATTE, an individual; WORLD MUSIC GROUP INTERNATIONAL, LLC, a Florida limited liability corporation; BRANDON CREAR, an individual; and ALEXANDER MARTIN, an individual <br><br> Plaintiffs, <br> v. <br><br> GLORIA HALLELUJAH WOODS, an individual; MEGHAN JOVON RUTH PETE, an individual; HOT GIRL MUSIC PRODUCTIONS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; CMG ENTERPRISES II INC., a Delaware | Case No.: 2:24-cv-09595-AH-PD <br><br> **CERTIFICATE OF SERVICE FOR NOTICE OF DISMISSAL** <br><br> Complaint Filed: November 07, 2024 <br> Trial Date: Not Set |

1
CERTIFICATE OF SERVICE

|   |   |
|---|---|
| 1 | corporation FOUNDATION ENTERTAINMENT, LLC, a CM entity BELCALIS MARLENIS ALMANAR, an individual, DEANDRE CORTE A, an individual SODM, INC., a Delaare corporation COLLIPARK MUSIC INC., a eorgia corporation and DOES 1 through 0, inclusive, |
| 3 | |
| 4 | |
| 9 | |
| 10 | Defendants. |
| 11 | |
| 1 | |
| 13 | |
| 14 | |
| 1 | |
| 1 | |
| 1 | |
| 1 | |
| 19 | |
| 0 | |
| 1 | |
| 3 | |
| 4 | |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. I am employed with the law office of Mosley and Associates and my business address is 801 S. Figueroa Street, Suite 4400, Los Angeles, California 90017.

On the date set forth below, I served the foregoing document entitled, **NOTICE OF DISMISSAL** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| JoAn Cho<br>Senior VP, Litigation Counsel<br>Universal Music Group<br>2220 Colorado Avenue<br>Santa Monica, CA 90404<br>Tel: (310) XXX-9X9X<br>JoAn.Cho@umusic.com | In-House Counsel for *UMG* |
| Frank P. Scibilia<br>Benjamin Akley<br>Shamar Toms-Anthony<br>Pryor Cashman LLP<br>7 Times Square<br>New York, New York 10036-6569<br>Direct Dial: (1) 3XX-044X<br>Direct Fax: (1) X9X-3XXX<br>Cell: (91X) XXX-X001<br>fscibilia@pryorcashman.com<br>BAkley@pryorcashman.com | Counsel for Defendants<br>*Gloria Hallelujah Woods, Collipark Music, Inc., UMG Recordings, Inc. CMG Enterprises II Inc.* and *Foundation Entertainment, LLC* |
| Daniel C. Posner<br>Marissa Henderson<br>Quinn Emanuel<br>XXX S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>danposner@quinnemanuel.com<br>marihenderson@quinnemanuel.com | Counsel for Defendants Megan Jovon Ruth Pete, Hot Girl Music Productions, LLC. |

☒ BY CM/ECF: With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the foregoing parties and counsel of record who are registered with the Court's CM/ECF System.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed March 13, 2025 at Los Angeles, California.

Laura Najera         By: *Laura Najera*